**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ARIELLMARIE RANKINE,

      *Plaintiff,*

    v.

DELAWARE COUNTY, et al.,

      *Defendants.*

CIVIL ACTION
NO. 26-3072

## ORDER

**AND NOW**, this 16th day of June, 2026, upon consideration of Delaware County's Motion to Dismiss (Dkt. No. 6) and Rankine's Response (Dkt. No. 10), it is

**ORDERED** the Motion is **GRANTED in part and DENIED in part**:

1. Counts One through Three are **DISMISSED with prejudice**;

2. Counts Eleven through Thirteen against Delaware County are **DISMISSED with prejudice**; and

3. The County's Motion is **DENIED** with respect to the state-law claims in Counts Eleven through Thirteen against the 911 operators.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.