**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ARIELLMARIE RANKINE,

       *Plaintiff,*

   v.

DELAWARE COUNTY, et al.,

       *Defendants.*

CIVIL ACTION
NO. 26-3072

## ORDER

**AND NOW**, this 30th day of June, 2026, upon consideration of VS Wallingford LLC's Motion to Dismiss (Dkt. No. 13) and Ariellmarie Rankine's Response (Dkt. No. 18), it is **ORDERED** the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.